**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| TORRIOUS DAVIS,<br>   Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br>   Defendant. | )<br>)<br>)   **Case No. 3:11-CV-00243 JTK**<br>)<br>)<br>)<br>)<br>)<br>) |

**FINAL JUDGMENT**

Pursuant to the Order of Dismissal entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case is DISMISSED WITH PREJUDICE.

SO ORDERED this 18th day of January, 2013.

_____
United States Magistrate Judge